IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）　2:09-cv-02716-GEB-GGH
　　　　　　Plaintiff,　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）　ORDER CONTINUING STATUS
　　　　v.　　　　　　　　　　　　　　）　(PRETRIAL SCHEDULING)
　　　　　　　　　　　　　　　　　　　）　CONFERENCE
ELIAS H. JBEILY, individually and　 ）
d/b/a Digol's Gas; Edward M.　　　 　）
Marrach, individually and as　　　 　）
Trustee of the Marrach Trust,　　　 ）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants.　　　　　　　 ）
_____）

　　　　　　The Joint Status Report filed on January 19, 2010 reveals this case is not ready to be fully scheduled, since Plaintiff fails to explain how he intends to prosecute his claims against Edward M. Marrach and the Marrach Trust.  Therefore, the Status (Pretrial Scheduling) Conference ("status conference") set for February 1, 2010 is continued to March 15, 2010, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the status conference, in which Plaintiff shall explain how he intends to prosecute his claims against Edward M. Marrach and the Marrach Trust, and responds to Defendant Jbeily's contention "that plaintiff has mistakenly named the deceased co-defendant rather than the Estate of co-defendant."  Defendant Jbeily "contends service on co-defendant

//

//

//

1  [Marrach] is not valid service as co-defendant [Marrach] is deceased
2  [and] Plaintiff has not attempted to obtain service of the Trust
3  Estate of the co-defendant [Marrach]."

4  Dated:  January 28, 2010

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge