SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>Elias H. Jbeily, et al<br><br><br><br>            Defendants | Case No.: CIV.S 09-cv-02716-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed:  SEPTEMBER 29, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1

| | |
|---|---|
| Dated: November 10, 2010 | DISABLED ACCESS PREVENTS INJURY, INC. |
| | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON,<br>Attorney for Plaintiff |
| Dated: November 15, 2010 | |
| | /s/Elias H. Jbeily_____<br>ELIAS H. JBEILY,<br>Defendants in Pro Per |

**IT IS SO ORDERED**.

Dated: November 18, 2010          /s/ Gregory G. Hollows
                                                    _____
                                                                    JUDGE

johnson2716.dism